UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDMAN & BESLOW, LLC
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey 07017
(973)-677-9000
David G. Beslow, Esq. - #DGB-5300

Attorneys for Debtor, Ricardo Castro

Order Filed on September 9, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

**RICARDO CASTRO**

Debtor

Case No.:   20-19558

Chapter:    13

Hearing Date: September 9, 2020
                    At 10:00 a.m.

Judge:      Stacey L. Meisel

## ORDER CONTINUING THE AUTOMATIC STAY
## AS TO ALL CREDITORS  PROPERLY SERVED

The relief set forth on the following pages numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: September 9, 2020**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page:     2
Debtor:   Ricardo Castro
Case No.: 20-19558/SLM Chapter 13
Caption:  **Order Continuing the Automatic Stay as to All Creditors** Properly Served

---

**THIS MATTER** being opened to the Court by David G. Beslow, Esq., attorney for the debtor, Ricardo Castro, and this Court having considered the argument of counsel and good cause appearing, and there being no opposition;

**IT IS HEREBY**,

**ORDERED**, that the automatic stay imposed under 11 U.S.C. §362(a) is hereby continued for the duration of this Chapter 13 proceeding or until such time as the stay is terminated under §362 ^as to all creditors properly served (c)(1) or (c) (2), or a motion for relief is granted under §362(d).

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                          Case No. 20-19558-SLM
Ricardo Castro                                                  Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1             Date Rcvd: Sep 09, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2020.
db             +Ricardo Castro,    139 Barnett Street,    Boonton, NJ 07005-1621

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2020 at the address(es) listed below:
              David G. Beslow    on behalf of Debtor Ricardo  Castro yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   HomeBridge Financial Services, Inc.
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg     magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4