UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

GOLDMAN & BESLOW, LLC
7 Glenwood Avenue, Ste. 311B
East Orange, New Jersey 07017
Tel. 973-677-9000
Mark Goldman, Esq. #MG-8019
Attorneys for Debtor(s)

Order Filed on November 19, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

**RICARDO CASTRO**

Debtor

Case No: 20-19558/SLM

Chapter 13

Judge: Stacey L. Meisel

**FIRST INTERIM ORDER FOR ALLOWANCE OF PRE-CONFIRMATION ATTORNEYS FEES FOR SERVICES RENDERED PURSUANT TO 11 USC § 503(b)**

The relief set forth on the following page number two (2) is hereby ORDERED.

**DATED: November 19, 2020**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor : Ricardo Castro
Chapter 13 Case#: 20-19558
Caption of Order: FIRST INTERIM ORDER FOR ALLOWANCE OF PRE-CONFIRMATION ATTORNEYS FEES FOR SERVICES RENDERED PURSUANT TO 11 USC § 503 (b)

---

THIS MATTER, having been opened before the Court upon the application of Mark Goldman, Esq., attorney for the debtor(s), for an Order for an Allowance of Fees to the debtor's attorney and the Court having considered the Affidavit of Services and Application for Allowance and for good cause otherwise appearing:

ORDERED that the attorney for the debtors is hereby allowed the sum of $ 4,330.00 as his fee and $ 422.05 for costs and expenses of which $ 2,845.00 has already been received by said attorney and of which the balance of $ 1,907.05 shall be paid by the Chapter 13 Standing Trustee to said attorney through the debtor(s) plan or in the event of dismissal directly to debtor's counsel and it is further

ORDERED that the monthly payments in the plan is hereby not increased based on the aforesaid fee as the attorneys fees will be calculated into the plan payment at confirmation.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-19558-SLM

Ricardo Castro  Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 19, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2020:**

**Recip ID**    **Recipient Name and Address**
db    + Ricardo Castro, 139 Barnett Street, Boonton, NJ 07005-1621

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2020    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2020 at the address(es) listed below:**

**Name**    **Email Address**

David G. Beslow
    on behalf of Debtor Ricardo Castro yrodriguez@goldmanlaw.org
    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org

Denise E. Carlon
    on behalf of Creditor HomeBridge Financial Services  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Mark Goldman
    on behalf of Debtor Ricardo Castro yrodriguez@goldmanlaw.org
    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: Nov 19, 2020 Form ID: pdf903 Total Noticed: 1
TOTAL: 5