**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDMAN & BESLOW, LLC
Attorneys At Law
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey 07017
(973) 677-9000
Attorneys for Debtor(s), Ricardo Castro
David G. Beslow, Esq. #DGB-5300

**Order Filed on January 15, 2021**
**by Clerk,**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

**RICARDO CASTRO,**

Debtor

Case No. 20-19558

Chapter: 13

Hearing Date: January 13, 2021
at 10:00 a.m.

Judge:   Hon. Stacey L. Meisel

**ORDER EXPUNGING CLAIM OF**
**QUANTUM2 GROUP LLC AS AGENT FOR SADINO FUNDING LLC (CLAIM NO. 3)**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: January 15, 2021**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page: 2
Debtor(s): **Ricardo Castro**
Case No.: **20-19558-SLM- Chapter 13**
Caption: **Order Expunging Claim of Quantum3 Group LLC as Agent for Sadino Funding LLC (Claim #3)**

___

 **THIS MATTER** being opened to the Court by Goldman & Beslow, LLC, attorneys for the debtor, David G. Beslow, Esq., appearing, and this Court having considered the argument of counsel and good cause appearing, and there being no opposition; it is hereby

 **ORDERED**, that Proof of Claim No. 3 filed by or on behalf of Quantum3 Group LLC as Agent for Sadino Funding LLC is hereby expunged in its entirety; and it is further

 **ORDERED,** that the Chapter 13 Trustee in Bankruptcy shall make the appropriate changes to the record to reflect the expungement of the claim of the creditor.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-19558-SLM |
| Ricardo Castro | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 15, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ricardo Castro, 139 Barnett Street, Boonton, NJ 07005-1621 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2021         Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor Ricardo Castro yrodriguez@goldmanlaw.org<br>yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org |
| Denise E. Carlon | on behalf of Creditor HomeBridge Financial Services  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Mark Goldman | on behalf of Debtor Ricardo Castro yrodriguez@goldmanlaw.org<br>yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2                              User: admin                                    Page 2 of 2
Date Rcvd: Jan 15, 2021                    Form ID: pdf903                      Total Noticed: 1
TOTAL: 5