Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−19558−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ricardo Castro
   139 Barnett Street
   Boonton, NJ 07005

Social Security No.:
   xxx−xx−8683

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 26, 2022.

Dated: October 26, 2022
JAN: ntp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-19558-SLM |
| Ricardo Castro | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 26, 2022 | Form ID: plncf13 | Total Noticed: 36 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ricardo Castro, 139 Barnett Street, Boonton, NJ 07005-1621 |
| 518926753 | + | Consumer Portfolio Services, Inc. c/o, Fein Such Kahn & Shepard PC, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4673 |
| 518926764 | + | HomeBridge Financial Services, 222 Chastain Meadows Court, Kennesaw, GA 30144-5820 |
| 518926762 | + | Homebridge, Attn: Bankruptcy, Po Box 77404, Ewing, NJ 08628-6404 |
| 518926765 | + | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |
| 518926797 | | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 26 2022 20:24:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 26 2022 20:24:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518926748 | | Email/Text: BKelectronicnotices@cenlar.com | Oct 26 2022 20:24:00 | Cenlar, 425 Phillps Blvd., Ewing, NJ 08628 |
| 518926747 | | Email/Text: BKelectronicnotices@cenlar.com | Oct 26 2022 20:24:00 | Cenlar, Po Box 77404, Ewing, NJ 08628 |
| 518926742 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 26 2022 20:28:23 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518926744 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 26 2022 20:28:05 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518935212 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 26 2022 20:27:46 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518926746 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 26 2022 20:28:05 | Capital One c/o, Carl Zapffe, Esq., 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 518926752 | + | Email/Text: bankruptcy@consumerportfolio.com | Oct 26 2022 20:24:00 | Consumer Portfolio Services, Inc., 19500 Jamboree Rd, Irvine, CA 92612-2437 |
| 518926751 | + | Email/Text: bankruptcy@consumerportfolio.com | Oct 26 2022 20:24:00 | Consumer Portfolio Services, Inc., Attn: Bankruptcy, Po Box 57071, Irvine, CA 92619-7071 |
| 518926754 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 26 2022 20:24:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 518926756 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 26 2022 20:24:00 | Credit Collection Services, Po Box 607, Norwood, MA 02062-0607 |
| 518926759 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 26 2022 20:27:43 | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 518926758 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 26 2022 20:28:26 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 518926761 | + | Email/PDF: gecsedi@recoverycorp.com | | |

Case 20-19558-SLM    Doc 113    Filed 10/28/22    Entered 10/29/22 00:16:30    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 26, 2022 | Form ID: plncf13 | Total Noticed: 36 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Oct 26 2022 20:28:06 | GRCRB/Empire, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518926760 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 20:28:29 | GRCRB/Empire, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 518926763 | + | Email/Text: Bankruptcy@homebridge.com | Oct 26 2022 20:24:00 | HomeBridge Financial Services, Attn: Bankruptcy, 194 Wood Avenue South, Ninth Floor, Iselin, NJ 08830-2710 |
| 518984097 | + | Email/Text: BKelectronicnotices@cenlar.com | Oct 26 2022 20:24:00 | HomeBridge Financial Services, Inc., C/O Cenlar FSB, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 519313093 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 26 2022 20:24:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518926749 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 26 2022 20:28:03 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101 |
| 518926750 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 26 2022 20:27:29 | Chase Auto Finance, P.o. Box 901003, Fort Worth, TX 76101 |
| 518954087 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 26 2022 20:24:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518937720 | | Email/Text: bnc-quantum@quantum3group.com | Oct 26 2022 20:24:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518931032 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 26 2022 20:45:22 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 518926792 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 26 2022 20:45:22 | Regional Acceptance Corporation, Attn: Bankruptcy, 1424 East Fire Tower Road, Greenville, NC 27858-4105 |
| 518926793 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 26 2022 20:45:22 | Regional Acceptance Corporation, 1424 E Fire Tower Road, Greenville, NC 27858-4105 |
| 518926795 | + | Email/Text: bncmail@w-legal.com | Oct 26 2022 20:24:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 518926794 | + | Email/Text: bncmail@w-legal.com | Oct 26 2022 20:24:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 518986067 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 26 2022 20:28:27 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518926796 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 26 2022 20:23:00 | Verizon Wireless, Attn: Verizon Bankruptcy, 500 Technology Dr, Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518926743 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518926745 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518926755 | *+ | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 518926757 | *+ | Credit Collection Services, Po Box 607, Norwood, MA 02062-0607 |
| 518926766 | *+ | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |
| 518926767 | *+ | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |
| 518926768 | *+ | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |
| 518926769 | *+ | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |
| 518926770 | *+ | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |
| 518926771 | *+ | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |
| 518926772 | *+ | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |
| 518926773 | *+ | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |
| 518926774 | *+ | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |

Case 20-19558-SLM    Doc 113    Filed 10/28/22    Entered 10/29/22 00:16:30    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 26, 2022 | Form ID: plncf13 | Total Noticed: 36 |

| 518926775 | *+ | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |
| 518926776 | *+ | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |
| 518926777 | *+ | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |
| 518926778 | *+ | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |
| 518926779 | *+ | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |
| 518926780 | *+ | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |
| 518926781 | *+ | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |
| 518926782 | *+ | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |
| 518926783 | *+ | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |
| 518926784 | *+ | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |
| 518926785 | *+ | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |
| 518926786 | *+ | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |
| 518926787 | *+ | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |
| 518926788 | *+ | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |
| 518926789 | *+ | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |
| 518926790 | *+ | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |
| 518926791 | *+ | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |

TOTAL: 0 Undeliverable, 30 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2022              Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor Ricardo Castro yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor HomeBridge Financial Services  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Mark Goldman | on behalf of Debtor Ricardo Castro yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net |
| Michael J. Milstead | on behalf of Creditor Carrington Mortgage Services  LLC bkecf@milsteadlaw.com, bkecf@milsteadlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6