| UNITED STATES BANKRUPTCY COURT<br>NEW JERSEY | | | |
|---|---|---|---|
| In Re:<br>**Ricardo Castro** | Case No. | | **20-19558** |
| | Chapter: | | **13** |
| | Judge: | | |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____**Ricardo Castro**_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: **May 3, 2023**             /s/ Ricardo Castro
                                 Ricardo Castro
                                 Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*