| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Ricardo Castro<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–8683<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    20-19558-SLM | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ricardo Castro

6/7/23

**By the court:** Stacey L. Meisel
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Ricardo Castro  
    Debtor

Case No. 20-19558-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Jun 07, 2023      Form ID: 3180W      Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ricardo Castro, 139 Barnett Street, Boonton, NJ 07005-1621 |
| 518926753 | + | Consumer Portfolio Services, Inc. c/o, Fein Such Kahn & Shepard PC, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4673 |
| 518926764 | + | HomeBridge Financial Services, 222 Chastain Meadows Court, Kennesaw, GA 30144-5820 |
| 518926762 | + | Homebridge, Attn: Bankruptcy, Po Box 77404, Ewing, NJ 08628-6404 |
| 518926765 | + | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 07 2023 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 07 2023 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518926748 | | Email/Text: BKelectronicnotices@cenlar.com | Jun 07 2023 20:51:00 | Cenlar, 425 Phillps Blvd., Ewing, NJ 08628 |
| 518926747 | | Email/Text: BKelectronicnotices@cenlar.com | Jun 07 2023 20:51:00 | Cenlar, Po Box 77404, Ewing, NJ 08628 |
| 518926742 | + | EDI: CAPITALONE.COM | Jun 08 2023 00:37:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518926744 | + | EDI: CAPITALONE.COM | Jun 08 2023 00:37:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518935212 | + | EDI: AIS.COM | Jun 08 2023 00:37:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518926746 | + | EDI: CAPITALONE.COM | Jun 08 2023 00:37:00 | Capital One c/o, Carl Zapffe, Esq., 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 518926752 | + | Email/Text: bankruptcy@consumerportfolio.com | Jun 07 2023 20:51:00 | Consumer Portfolio Services, Inc., 19500 Jamboree Rd, Irvine, CA 92612-2437 |
| 518926751 | + | Email/Text: bankruptcy@consumerportfolio.com | Jun 07 2023 20:51:00 | Consumer Portfolio Services, Inc., Attn: Bankruptcy, Po Box 57071, Irvine, CA 92619-7071 |
| 518926754 | + | EDI: CCS.COM | Jun 08 2023 00:37:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 518926756 | + | EDI: CCS.COM | Jun 08 2023 00:37:00 | Credit Collection Services, Po Box 607, Norwood, MA 02062-0607 |
| 518926759 | + | EDI: AMINFOFP.COM | Jun 08 2023 00:37:00 | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 518926758 | + | EDI: AMINFOFP.COM | Jun 08 2023 00:37:00 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 518926761 | + | EDI: RMSC.COM | Jun 08 2023 00:37:00 | GRCRB/Empire, C/o Po Box 965036, Orlando, FL |

Case 20-19558-SLM    Doc 124    Filed 06/09/23    Entered 06/10/23 00:16:03    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 07, 2023 | Form ID: 3180W | Total Noticed: 36 |

| Recip ID | | Bypass/Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518926760 | + | EDI: RMSC.COM | Jun 08 2023 00:37:00 | GRCRB/Empire, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 32896-0001 |
| 518926763 | + | Email/Text: Bankruptcy@homebridge.com | Jun 07 2023 20:51:00 | HomeBridge Financial Services, Attn: Bankruptcy, 194 Wood Avenue South, Ninth Floor, Iselin, NJ 08830-2761 |
| 518984097 | + | Email/Text: BKelectronicnotices@cenlar.com | Jun 07 2023 20:51:00 | HomeBridge Financial Services, Inc., C/O Cenlar FSB, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 519313093 | + | EDI: IRS.COM | Jun 08 2023 00:37:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518926749 | | EDI: JPMORGANCHASE | Jun 08 2023 00:37:00 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101 |
| 518926750 | | EDI: JPMORGANCHASE | Jun 08 2023 00:37:00 | Chase Auto Finance, P.o. Box 901003, Fort Worth, TX 76101 |
| 518954087 | + | EDI: JEFFERSONCAP.COM | Jun 08 2023 00:37:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518937720 | | EDI: Q3G.COM | Jun 08 2023 00:37:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518931032 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jun 07 2023 20:57:24 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 518926792 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jun 07 2023 20:57:24 | Regional Acceptance Corporation, Attn: Bankruptcy, 1424 East Fire Tower Road, Greenville, NC 27858-4105 |
| 518926793 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jun 07 2023 20:57:24 | Regional Acceptance Corporation, 1424 E Fire Tower Road, Greenville, NC 27858-4105 |
| 518926795 | + | EDI: WTRRNBANK.COM | Jun 08 2023 00:37:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 518926794 | + | EDI: WTRRNBANK.COM | Jun 08 2023 00:37:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 518986067 | + | EDI: AIS.COM | Jun 08 2023 00:37:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518926796 | + | EDI: VERIZONCOMB.COM | Jun 08 2023 00:37:00 | Verizon Wireless, Attn: Verizon Bankruptcy, 500 Technology Dr, Ste 500, Weldon Springs, MO 63304-2225 |
| 518926797 | | EDI: VERIZONCOMB.COM | Jun 08 2023 00:37:00 | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518926743 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518926745 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518926755 | *+ | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 518926757 | *+ | Credit Collection Services, Po Box 607, Norwood, MA 02062-0607 |
| 518926766 | *+ | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |
| 518926767 | *+ | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |
| 518926768 | *+ | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |
| 518926769 | *+ | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |
| 518926770 | *+ | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |
| 518926771 | *+ | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |
| 518926772 | *+ | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |

Case 20-19558-SLM    Doc 124    Filed 06/09/23    Entered 06/10/23 00:16:03    Desc
Imaged Certificate of Notice    Page 5 of 5

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 07, 2023 | Form ID: 3180W | Total Noticed: 36 |

| | | |
|---|---|---|
| 518926773 | *+ | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |
| 518926774 | *+ | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |
| 518926775 | *+ | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |
| 518926776 | *+ | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |
| 518926777 | *+ | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |
| 518926778 | *+ | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |
| 518926779 | *+ | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |
| 518926780 | *+ | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |
| 518926781 | *+ | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |
| 518926782 | *+ | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |
| 518926783 | *+ | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |
| 518926784 | *+ | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |
| 518926785 | *+ | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |
| 518926786 | *+ | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |
| 518926787 | *+ | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |
| 518926788 | *+ | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |
| 518926789 | *+ | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |
| 518926790 | *+ | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |
| 518926791 | *+ | Newark Police Fcu, 1 Lincoln Ave Rm 306, Newark, NJ 07104-3010 |

TOTAL: 0 Undeliverable, 30 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2023 at the address(es) listed below:**

**Name**    **Email Address**

David G. Beslow
  on behalf of Debtor Ricardo Castro yrodriguez@goldmanlaw.org
  yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net

Denise E. Carlon
  on behalf of Creditor HomeBridge Financial Services  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg
  magecf@magtrustee.com

Mark Goldman
  on behalf of Debtor Ricardo Castro yrodriguez@goldmanlaw.org
  yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net

Michael J. Milstead
  on behalf of Creditor Carrington Mortgage Services  LLC bkecf@milsteadlaw.com, bkecf@milsteadlaw.com

U.S. Trustee
  USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6